Jeffrey R. Krinsk (SBN 109234)
jrk@classactionlaw.com
John J. Nelson (SBN 317598)
jjn@classactionlaw.com
FINKELSTEIN & KRINSK LLP
550 West C St., Suite 1760
San Diego, California 92101
TEL: (619) 238-1333
FAX: (619) 238-5425

*Attorneys for Plaintiff*

Michael L. Turrill (SBN 185263)
Michael.turrill@hoganlovells.com
Laura M. Groen (SBN 294719)
Laura.groen@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
TEL: (310) 785-4600
FAX: (310) 785-4601

*Attorneys for Defendant* (Additional counsel for Defendant listed on the signature page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Steven Schneider, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Company, a Delaware Corporation, and Does 1-50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00367-RGK-AS<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Steven Schneider and Defendant Ford Motor Company ("Ford") hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted by Plaintiff Steven Schneider are dismissed with prejudice.

Dated: November 27, 2019

Respectfully submitted,

| | |
|---|---|
| /s/John J. Nelson | /s/Michael L. Turrill |
| Jeffrey R. Krinsk (SBN 109234) | Michael L. Turrill (SBN 185263) |
| jrk@classactionlaw.com | Michael.turrill@hoganlovells.com |
| John J. Nelson (SBN 317598) | Laura M. Groen (SBN 294719) |
| jjn@classactionlaw.com | Laura.groen@hoganlovells.com |
| FINKELSTEIN & KRINSK LLP | HOGAN LOVELLS US LLP |
| 550 West C St., Suite 1760 | 1999 Avenue of the Stars |
| San Diego, California 92101 | Suite 1400 |
| TEL: (619) 238-1333 | Los Angeles, CA 90067 |
| FAX: (619) 238-5425 | TEL: (310) 785-4600 |
| | FAX: (310) 785-4601 |
| | |
| | Michael L. Kidney (admitted *pro hac vice*) |
| | Michael.kidney@hoganlovells.com |
| | James W. Clayton (admitted *pro hac vice*) |
| | James.clayton@hoganlovells.com |
| | HOGAN LOVELLS US LLP |
| | 555 Thirteenth Street, NW |
| | Washington, DC 20004 |
| | TEL: (202) 637-5600 |
| | FAX: (202) 637-5910 |
| | |
| Attorneys for Plaintiff Steven Schneider | Attorneys for Defendant Ford Motor Company |

\\DC - 025766/000117 - 14624283 v1